UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APRIL CYMBER,<br><br>Defendant. | No. 4:16-CR-6026-WFN-2<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Motion to Modify Conditions of Release. Defendant seeks to travel to Seattle, Washington, in July, and to Minneapolis, Minnesota, in September-October. The United States does not object to the travel to Seattle, Washington, but wants more information before acquiescing to the Minnesota trip.

The U.S. Probation Officer has confirmed the information regarding the Seattle Trip. Defendant has not provided information regarding the Minnesota trip. Accordingly,

Defendant's Motion, **ECF No. 43,** is **GRANTED in part.** Defendant shall be allowed travel to Seattle, Washington, on **July 23, 2016,** to return to Spokane, Washington, no later than **July 25, 2016.** Defendant shall provide her contact information while she is traveling to the U.S. Probation Office prior to travel.

Defendant's request to travel to Minnesota is **DENIED** at this time, **with**

ORDER - 1

**leave to renew** after Defendant has provided the specifics of the trip to the U.S. Probation Office.

**IT IS SO ORDERED.**

DATED June 27, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2